UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

PAUL NEUMAN,

                    **Plaintiffs,**

          v.                                  Civil No. 6:12-cv-00777-AA

J.D. MOSER, a police officer employed
by the CITY OF PHILOMATH, a
municipal corporation,

                    **Defendants.**

_____

## JUDGMENT

This action is dismissed.

Dated: July 8, 2013.

                        MARY L. MORAN, Clerk


                        by /s/ L. Graham
                            L. Graham, Deputy Clerk

**JUDGMENT**